IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-53934 |
| JAMES PICHE | § | |
| NORMA HOLLOWAY | § | CHAPTER 13 |
| DEBTOR S | § | |

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION , YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE . IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY ONE DAYS OF THE DATE THIS MOTION WAS SERVED ON YOU . YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE , THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT , YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING .**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

### DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIEN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Debtor herein (hereinafter "Piche/Holloway " or "Movant") now moves the Court for authorization to sell property of the estate free and clear of lien, and in support of the relief requested herein, would respectfully show the Court the following:

1.  This case was commenced by the Debtor's voluntary petition on or about October 5 ,2010, and filed schedules herein, listing among the assets a property known as 13102 Feather

1

Point Drive, San Antonio, Texas 78233.  This property was listed as subject to consensual lien in a  Deed of Trust;

2. Movant seeks to sell  this property for no less than $85,000.00 Movant desires to sell the property free and clear of lien, with the proceeds to be paid to those claimants whose claims are secured by liens on the Debtor's property described herein;

3. Movant requests the property be sold for not less than $85,000.00, with the net sales proceeds to be paid at closing firstly to any ad valorem taxing authorities for any past due taxes, for any current and unpaid tax assessments; secondly, the net proceeds shall be paid to the lien holderidentified and listed on the Debtor's schedules , and the Bexar County taxing authorities, also listed ,  to retire the claims secured by such liens in order of their priority, and any remaining funds to be paid to the Debtor as exempt proceeds of the sale of the homestead;

4. Sale of this property will relieve the Debtor's estate of the burden of maintaining payments on the property, while reducing the amount of time required to retire allowed and approved claims of holders of secured claims against the property.  The sale of this property is the best interest of the Movant and of the estate's creditors;

5. The Debtor has employed the undersigned counsel to assist in the preparation and  presentation of this Motion and requests that the Court Order further that the sum of $450.00 be approved as an administrative priority expense of this estate and paid to the undersigned counsel as funds to do so become available to the Trustee, and , if not paid by the date of the closing of the sale transaction, be paid by the closing agent directly to the undersigned counsel as an expense of the seller associated with the transaction.

WHEREFORE, premises considered, Movant  respectfully prays the Court, upon notice

and hearing as the Court may deem necessary, authorize the sale of the property at 13102 Feather Point Drive, San Antonio, Texas 78233, for a sales price of no less than $85,000.00, free and clear of liens, with the liens thereon to attach to the proceeds of the sale, and with the proceeds of the sale to be disbursed at closing directly to: (1) holders of claims for past due and unpaid ad valorem taxes on the subject property, as well as for payment of current, pro-rated ad valorem taxes on the subject property; and (2) payment to the consensual lien holders in order of their priority to retire the claims secured by their liens on the subject property; approve he sum of $450.00 to be paid to Debtor's counsel herein in accordance with the request herein, and for such other further relief as to which the Movant may be entitled.

Respectfully submitted,

_____/s/_____
CHARLES RUSSELL BOMBA
11230 West Ave., #3201
San Antonio, TX 78213
(210) 366-2317
Fax No. (210) 366-1762
State Bar No. 02580499
Attorney for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was served by First Class Mail, postage pre-paid, on February 19, 2010 to those listed below:

3

                                        /s/_____
                        CHARLES RUSSELL BOMBA

ACD / SA
POB 678502
Dallas, Texas 75267

AFNI
404 Brock Drive
POB 3427
Bloomington IL 61702-3427

Alliance Asset
POB 379
Oaks, PA 19456

AMCA
2269 S. Saw Mill River Rd. Bldg. 3
Elmsford NY 10523

American Express
POB 740640
Atlanta, GA 30374

Ameripath San Antonio
POB 844859
Dallas, Texas 75284

Arrow Fin. Svcs
5996 W Touhy Ave.
Niles IL 60714

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

Atlantic Credit & Finance Inc.
POB 18056
Hauppauge, NY 11788

Bank of America
PO Box 53132
Phoenix, AZ   85072

Bank of America
PO Box 30770
Tampa, FL   33630

Better Homes
1716 Locust St.
Des Moines, Iowa 50309

Bonded Collection Systems
POB 498609
Cincinnati, OH 45249

Burns & Carlisle
POB 620
Yantis, Texas 75497

Bus. and Prof. Services
621 N. Alamo Street
San Antonio, Texas 78215

California State Franchise Tax Board
POB 942867
Sacramento, CA 942267-0011

Capital Management Services
726 Exchange St., Suite 700
Buffalo, NY 14210

Cardiovascular Assoc
1200 Brooklyn Ave., #200
San Antonio TX 78212-4829

Chase
POB 52195
Phoenix, AZ 85072

Christus Santa Rosa
POB 280
San Antonio TX 78291-0290

CitiBank
P. O. Box 6532
The Lakes, NV  88901

City of San Antonio EMS
621 N. Alamo
San Antonio, TX 78215

Clinical Pathology Labs
POB 141669
Austin TX 78714-1669

4

CMI Credit Managment
4200 International Pkwy
Carrollton, Texas 75007

Cox Smith Matthews, Inc.
112 East Pecan St., Suite 1800
San Antonio, Texas 78205

Creditors Interchange
POB 2270
Buffalo NY 14240-2270

Cross Country Bank
PO Box 310711
Boca Raton FL 33431

Data Search
POB 461289
San Antonio, Texas 78246


Deloney Law Group, PLLC
POB 140278
Irving, Texas 75014

Discover
PO Box 30395
Salt Lake City, UT   84130-0395

Emanon PA
PO Box 1221, Suite 130
San Antonio, TX   78294

Exxon Mobil
PO Box 4557
Crlstrm, IL 60197-4557

Financial Control Services
POB 21626
Waco, Texas 76702

First National  Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434

First USA Bank
PO Box 50882
Henderson, NV   89016-0882

Friedmans
6909 N Loop 1604 E
San Antonio, Texas 78247

Gary Hall MD
12709 Toepperwein Suite 203
San Antonio, Texas 78233

GMAC
POB 40500
San Antonio, Texas 78229

Harry Hernandez DO
12650 Nacofdoches Rd
San Antonio TX 78217

Harry Hernandez, DO
12650 Nacogdoches
San Antonio, Texas 78217

Heart & Vascular Institute of Texas
POB 690
San Antonio, Texas 78293

HomeQ Servicing
POB 160788
Sacramento CA 95816-0788

HRS USA
PO Box 60107
City of Industry, CA   91716

HSN
POB 105982
Dept 02
Atlanta, GA 30353

IPC
POB 92729
Los Angeles CA 90009

IPC of Texas
POB 92729
Los Angeles, CA 90009

IRS
300 W. 8th St Stop 5022AUS
Austin, TX 78701

J. Preston Coleman, DDS
8711 Village Dr., #205
San Antonio, Texas 78217

J.C. Christensen

POB 519
Sauk Rapids MN 56379

Jennifer Roadruck
5459 Vista Creek
San Antonio, Texas 78247

Labcorp
POB 2240
Burlington NC 27216-2240

Law Office of Gerald Moore & Assoc.
POB 723548
Atlanta, GA 31139

Law Offices of Mitchell N. Kay
POB 9006
Smithtown, NY 11787-9006

LC System Inc.
POB 64378
St. Paul MN 55164-0378

Linebarger Goggan Blair et al
711 Navarro Ste 300
San Antonio, Tx 78205

Mann & Stevens
Attorneys At Law
550 Westcott Street, Suite 560
Houston, Texas 77007

MBNA
P. O. Box 15137
Wilmington, DE  19886

Medical Revenue Services
P.O. Box 1149
Sebring, Fl 33871

Michael Briseno, DDS
12215 Toepperwein, Suite 100
San Antonio, Texas 78233

Mystery Guild
6550 East 30th St.
POB 6307
Indianapolis, IN 46206

Nationwide Credit, Inc.
2016 Vaughn Drive NW Ste 400
Kennesaw GA 30144-7802

NCO Financial Sysytem Inc.
507 Prudential Road
Horsham, PA 19044

Northeast Methodist Hospital
POB 99008
Bedford, Texas 76095

Northeast Methodist Hospital
POB 630764
Cincinnati OH 45263-0764

Plaza Assoc.
PO Box 18008
Hauppauge, NY 11788-8808

Reader Service
POB 9025
Buffalo, NY 14269

Richard J. Boudreau
5 Industrial Way
Salem NH 03079

SACU - Visa
POB 30319
Tampa, FL 33630

Sears
86 Annex
Atlanta, GA 30386-0001

Silies Enriche Payment Center
POB 70120
Philadelphia, PA 19176

South Texas Radiology
POB 29407
San Antonio, Texas 78229

South Texas Radiology Grp
POB 29407
San Antonio TX 78229

South Texas Spinal Clinic PA
POB 120037
San Antonio, Texas 78212

Southwest Texas Methodist Hospital
POB 99008
Bedford, Texas 76095

STAR Anesthesia PA
POB 659
San Antonio, Texas 78293

Sylvia Romo
233 N. Pecos La Trinidad
San Antonio, Texas 78283

Transworld Systems
POB 1864
Santa Rosa CA 95402

VCS
7500 Office Ridge Circle
Eden Prairie, MN 55344

Village Oaks Path Services
POB 29447
San Antonio, Texas 78229

Walmart
PO Box 530938
Atlanta, GA  30353

West Asset Management
POB 2308
Sherman, Texas 75091

West Asset Management
POB 724747
Atlanta, GA 31139

West Asset Management
2703 N Highway 75
Sherman, Texas 75090


Norma Holloway and James Piche
13102 Feather Point Drive
San Antonio, TX 78233

J. Vince Cameron
909 N. E. Loop 410 Ste. 400
San Antonio, TX 78209

U.S. Trustee
POB 1539
San Antonio, TX 78295